**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| DEREYK MORRIS, | : No. 65 EM 2021 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA | : |
| MICHAEL ZAKEN, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of December, 2021, the Application for Leave to File Original Process is GRANTED.  The Petition for Writ of Habeas Corpus is DENIED.